UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO LOPEZ VILLASENOR,<br><br> Plaintiff,<br><br> vs.<br><br>GREEN TREE SERVICING, LLC and DOES 1-10,<br><br> Defendants. | CASE NO. CV 15-01689 MMM (DTBx)<br><br>JUDGMENT FOR DEFENDANTS |

On December 2, 2015, the court entered an order dismissing plaintiff's claims with prejudice under Federal Rule of Civil Procedure 41(b). Consequently,

 IT IS ORDERED AND ADJUDGED

 1. That plaintiff take nothing by way of his complaint; and

 2. That the action be, and hereby is, dismissed.

DATED: December 2, 2015

             _____
             MARGARET M. MORROW
             UNITED STATES DISTRICT JUDGE